■ In the Matter of JOHN R. SCHIENER, as President of Concerned Citizens of Sardinia, Respondent, v TOWN OF SARDINIA, Appellant, et al., Respondents. [890 NYS2d 885]—

Present—Scudder, P.J., Hurlbutt, Green, Pine and Gorski, JJ.